UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TWYLA JOHNSON,

             Plaintiff,                        **ORDER**

                                                     18-CV-3069 (MKB)

   - against -

VALIANT TECHNOLOGY,

             **Defendant.**
-----------------------------------------------------------X

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

        SO ORDERED.

Dated:    Brooklyn, New York
            June 1, 2018

                                   /s/ *Roanne L. Mann*
                               **ROANNE L. MANN**
                               **CHIEF UNITED STATES MAGISTRATE JUDGE**